# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1927
Lower Tribunal No. 2019-CP-000178TR

_____

BECKY J. KERSEY, individually and as Trustee of the MARY JO C. ABRAHAM LIVING TRUST DATED APRIL 18, 2007,

Appellant,

v.

KENNETH J. ABRAHAM,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Margaret H. Schreiber, Judge.

April 17, 2025

PER CURIAM.

Appellant, Becky Kersey ("Appellant"), appeals a final order of the trial court awarding Appellee, Kenneth Abraham ("Appellee"), attorney's fees in a case in which the trial court found that Appellant breached her fiduciary duty as a trustee in administering her mother's living trust. We affirm the final judgment without discussion. We write, however, to address Appellee's motion for appellate attorney's fees.

Appellee's motion seeks an award of appellate attorney's fees pursuant to Section 736.1005, Florida Statutes. We agree with the Fourth District, however, that we do not have jurisdiction to award appellate attorney's fees from a trust under Section 736.1005. *See Bronstein v. Bronstein*, 332 So. 3d 510, 513-14 (Fla. 4th DCA 2021) (citing *Garvey v. Garvey*, 219 So. 2d 685 (Fla. 1969)). The court below has exclusive jurisdiction pursuant to the statute to award attorney's fees from the trust. Accordingly, Appellee's motion for attorney's fees is denied without prejudice to Appellee seeking attorney's fees for this appeal in the lower court.

AFFIRMED.

SMITH, MIZE and GANNAM, JJ., concur.


Eric S. Mashburn, of Law Office of Eric S. Mashburn, P.A., Winter Garden, for Appellant.

Beverly A. Pohl, of Nelson Mullins Riley & Scarborough LLP, Fort Lauderdale, and Regia Rabitaille, Todd K. Norman, and Olivia R. Share, of Nelson Mullins Riley & Scarborough LLP, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED